1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

11
12
13
14
15
16
17

| RANDOLPH J. CASTANEDA, | Civil  No.  C06-5578-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

18
19
20
21
22
23
24
25
26
27
28

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including April 10, 2007, to file Defendant's answering brief.  It is further ORDERED that Plaintiff shall have to and including April 24, 2007, to file Plaintiff's Reply Brief.

Page 1          ORDER - C06-5578-KLS

1    DATED this 28th day of February, 2007.

2

3

4                                        _Karen L. Strombom_

5                                        Karen L. Strombom
                                         United States Magistrate Judge
6

7

8  Presented by:

9

10  s/ Daphne Banay
    _____
11  Daphne Banay
    Special Assistant U.S. Attorney
12  Attorney for Defendant
    701 Fifth Ave, Ste 2900, M/S 901
13  Seattle, WA   98104-7075
    Phone:  206-615-2113
14  Fax:      206-615-2531
    daphne.banay@ssa.gov
15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2          ORDER - C06-5578-KLS