UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDOLPH J. CASTANEDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:06-cv-5578-KLS<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will consolidate Plaintiff's application for disability insurance benefits (Tr. 65-67) filed on March 26, 2003, with his new application dated January 26, 2006, and the ALJ will associate the claims and issue a decision on

Page 1      ORDER- [3:06-cv-5578-KLS]

the consolidated claims; the ALJ will further consider the opinions of Silverio Arenas, Jr., Ph.D. (Tr. 286, 288, 289); the ALJ will consult with a mental health medical expert in evaluating the nature and severity of Plaintiff's mental impairments; the ALJ will further consider Plaintiff's subjective complaints in accordance with Social Security Ruling (SSR) 96-7p; the ALJ will further consider the lay statements of Irene Castaneda (Tr. 126-127), K.T. Blue (Tr. 128), Maurice DeGrate (Tr. 129-132), Rebecca Emerson (Tr. 133), and Rolly Manchester (Tr. 134) in accordance with SSR 06-03p; and the ALJ will obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations, including Plaintiff's functional illiteracy on his occupational base.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 6th day of April, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov