# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDOLPH J. CASTANEDA

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C06-5578KLS

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Based on the stipulation of the parties, this case is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. sec. 405(g).

April 6, 2007

BRUCE RIFKIN
Clerk

/s/Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk