UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDOLPH J. CASTANEDA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:06-cv-5578-KLS<br><br><br>ORDER FOR<br>ATTORNEY FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,126.74 and expenses in the amount of $49.34, for a total of $4,176.08, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $382.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

Page 1      ORDER- [3:06-CV-5578-KLS]

DATED this 25th day of June, 2007.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2113
Fax:      206-615-2531
daphne.banay@ssa.gov

Page 2        ORDER- [3:06-CV-5578-KLS]